IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL FOMBY,** | ) |
| **PLAINTIFF,** | ) |
| VS. | )   2:11-cv-717-JHH |
| **NCO FINANCIAL SYSTEMS, INC.,** | ) |
| **DEFENDANT.** | ) |

### ORDER OF DISMISSAL

The parties have made known to the court that they have resolved all the issues embraced in this action by the filing on May 5, 2011 of a motion to voluntary dismiss claims (doc #9) against defendant NCO Financial Systems, Inc. This order is entered to implement such resolution. Accordingly, the motion to dismiss is **APPROVED,** and, it is **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice**.**   Costs are taxed as paid.

**DONE** this the ___6th___ day of May, 2011.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE